William I. Goldsmith, SBN (82183)
Eric Mintz, SBN (207384)
GOLDSMITH & HULL, P.C.
16933 PARTHENIA ST.
NORTHRIDGE, CALIFORNIA 91343
PHONE (818) 990-6600
FACSIMILE (818) 990-6140

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RIVERA,<br><br>    Plaintiff,<br><br>v.<br><br>GOLDSMITH & HULL,<br><br>    Defendant. | Case No.: CV 10-7523-R-JCG<br><br>DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(a)(1) |

Defendant(s) **GOLDSMITH & HULL** APC, by and through its counsel, pursuant to Federal Rules of Civil Procedure 26(a)(1), hereby submits its initial discovery disclosures as follows:

**A. Individuals likely to have discoverable information that the disclosing party may use to supports its claims or defenses, unless solely for impeachment identifying the subjects of the information.**

- Goldsmith & Hull, APC, 16933 Parthenia Street, Northridge, CA 91343. May testify about process of service, locating individuals in relation to possible litigation, any communications made to Jose Rivera.
- Jose Rivera may testify as to communications with Defendant; locations where he has resided in the past five years, outstanding debt owed to Easy Loan Corp., allegations and claims made in the complaint, the nature of his business and work, his financial history, his employment history.

**B. A copy of, or a description by category and location of, all documents, data, compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

- Documents relating to communication to Jose Rivera
- Documents relating to investigation done to locate Jose Rivera
- Documents related to the outstanding debt owed by Jose Rivera to Easy Loans Corp.

**C. Damages claimed by the disclosing party.**

Damages are accruing for filing frivolous lawsuit.

**D. Insurance.**

N/A

DATED: April 25, 2011                                    GOLDSMITH & HULL, P.C.

By _____

Eric Mintz
Attorneys for Defendant
GOLDSMITH & HULL

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Northridge, State of California. I am over the age of 18 and not a party to the within action; my business address is 16933 PARTHENIA STREET, NORTHRIDGE, CA 91343.

On April 25, 2011 I served the foregoing document described as DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(a)(1) on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Lara R. Shapiro
4145 Via Marina, #324
Marina Del Rey, CA 90292
Phone: 310-577-0870
Fax: 424-228-5351

__X__ (By Mail)       I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Northridge, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__ (By Personal Service)       I caused such envelope to be delivered by hand to the addressee(s).

__ (By Overnight Mail) I caused the foregoing document to be deposited into the Federal Express pickup box located at 16933 PARTHENIA STREET Northridge, California 90036, on the date below which is regularly maintained by Federal Express. I am "readily familiar" with the practice of Eisenberg & Associates for the collection and processing correspondence for overnight delivery and know that the document(s) described herein were deposited in a box or other facility regularly maintained by Federal Express for overnight delivery. Said package shipment was prepaid and the bill was sent to the sender, namely, Eisenberg & Associates.

__ (By Telecopier)       I caused the foregoing document to be transmitted by telecopier (FAX transmission) to the addressee(s) at the telecopier number(s) listed on the number above in accordance with the C.C.P. Said copy transmitted consisted of ___ pages, including this proof of service. The facsimile transmission machine employed to transmit the copy of the above-described document is maintained in the above-noted business address.

I declare under penalty of perjury pursuant the laws of the State of California that the foregoing is true and correct.

Executed on May 5, 2011 in Northridge, California.

_____
S. MOLINA

3

DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(a)(1)